**Yvonne E. SMOOT, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 06–3026.

United States Court of Appeals,
Federal Circuit.

Nov. 23, 2005.

LOURIE, Circuit Judge.

### ORDER

Yvonne E. Smoot moves to voluntarily dismiss her petition for review "without prejudice to reinstatement." * Smoot states that the Department of Justice consents.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Costs shall be borne by Smoot.

**Victoria G. MATTHEWS, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

No. 05–3372.

United States Court of Appeals,
Federal Circuit.

Nov. 28, 2005.

Victoria G. Matthews, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

* It is not the court's practice to designate a   dismissal as with or without prejudice.